**EXHIBIT B**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Michael Weiland, as Next of kin and Trustee of the Estate of James Weiland,<br><br>Plaintiff,<br><br>vs.<br><br>RCM Technologies,<br><br>Defendant. | ) | Civil No. 00-304 DSD/JMM<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties hereby stipulate and agree that the above-referenced matters shall be dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

Dated: MAY 1, 2000.

HALUNEN & NESS

By: ______________________

Clayton D. Halunen Reg. No. 219721
155 5th Avenue South
Suite 810
Minneapolis, Minnesota 55401

ATTORNEYS FOR MICHAEL WEILAND, AS NEXT OF KIN AND TRUSTEE FOR THE ESTATE OF JAMES WEILAND

FILED 5-26-00
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD 5-26-00
DEPUTY CLERK

Dated: May 2, 2000.

HINSHAW & CULBERTSON

By: ____________________

Kevin P. Staunton Reg. No. 183441
Tina Syring-Petrocchi Reg. No. 0251628
Scott B. Paxton Reg. No. 296284
3100 Piper Jaffray Tower
222 South Ninth Street
Minneapolis, MN 55402

ATTORNEYS FOR
RCM TECHNOLOGIES, INC.

**ORDER FOR JUDGMENT**

Based upon the foregoing Stipulation, IT IS HEREBY ORDERED that the Clerk of this Court is hereby ordered and directed to enter forthwith judgment dismissing each of the above-entitled matters with prejudice, including any and all counterclaims and crossclaims, on the merits and without costs and disbursements to any party.

Dated this 25th day of May, 2000.

BY THE COURT:

______________________________

Judge of District Court